IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-60425
Summary Calendar

_____

CURTIS COULTER; KATHY COULTER,

Plaintiffs-Appellants,

versus

ST. FRANCIS ACADEMY, INCORPORATED,
PICAYUNE, MISSISSIPPI,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Mississippi
USDC No. 1:95:CV-320GR
_____
March 14, 1997
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:*

     Curtis and Kathy Coulter appeal from a summary judgment in

favor of St. Francis Academy finding it exempt from provisions of

the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.  The court

cannot look to legislative intent when the statute is rational and

unambiguous.  See In re Hammers, 988 F.2d 32, 34 (5th Cir. 1993).

                                        A F F I R M E D.

_____

     *Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.